IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JACQUELYN MCHUGH,

    Plaintiff,

vs.                                          4:07-CV-182-SPM/WCS

FLORIDA STATE UNIVERSITY,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's Supplemental Report and Recommendation (doc. 11).  The parties have been furnished a copy and have been afforded an opportunity to file objections.   The Defendant filed a response stating their failure to contact the Plaintiff by mail or by telephone.  No objections to this supplemental report and recommendation have been filed by the Plaintiff, presumably because all court mail has been returned from Plaintiff's last known address, and Plaintiff has not filed a change of address with the court.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Supplemental Report and Recommendation (doc. 11) is adopted and incorporated by reference in this order.

2. This case is hereby *dismissed* without prejudice for Plaintiff's failure to take steps to prosecute this case.

**DONE AND ORDERED** this <u>thirteenth</u> day of November, 2007.


    *s/Stephan P. Mickle*
Stephan P. Mickle
United States District Judge